UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISABETH HANSCOM,<br><br>  Plaintiff,<br><br>  v.<br><br>REYNOLDS CONSUMER PRODUCTS LLC, et al.,<br><br>  Defendants. | Case No. 21-cv-03434-JSW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 23, 28 |

On July 13, 2021, Plaintiff filed her opposition to Defendants' motion to dismiss and filed separate objections to Defendants' request for judicial notice. On July 20, 2021, Defendants filed a reply in support of the motion to dismiss and filed a separate response in support of the request for judicial notice. Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not strike her opposition to the request for judicial notice, *see* Northern District Civil Local Rule 7-3(a), and Defendants are HEREBY ORDERED TO SHOW CAUSE why the Court should not strike the response in support of its request for judicial notice. *Id.* 7-3(c). The parties' responses to this Order to Show Cause shall be due by August 4, 2021.

**IT IS SO ORDERED.**

Dated: July 29, 2021

_____
JEFFREY S. WHITE
United States District Judge