**EXHIBIT A**

I, Lisabeth Hanscom, declare:

1. I am the Plaintiff in this action. If called upon to testify, I could and would competently testify to the matters contained herein based upon my personal knowledge.

2. I submit this Declaration pursuant to California Code of Civil Procedure section 2015.5 and California Civil Code section 1780(d).

3. I purchased a box of Hefty Recycling Bags in Alameda County, California on or around September 15, 2020.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed this 6th day of May 2021, in Oakland, California.

DocuSigned by:

_____
Lisabeth Hanscom

-1-

HANSCOM DECLARATION RE CAL. CIV. CODE SECTION 1780(D) JURISDICTION