JENNER & BLOCK LLP
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
Madeline P. Skitzki (Cal. Bar No. 318233)
mskitzki@jenner.com
Effiong K. Dampha (Cal. Bar No. 323554)
edampha@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071-2054
Telephone:     (213) 239-5100
Facsimile:     (213) 239-5199

Attorneys for Defendants
Reynolds Consumer Products Inc.
and Reynolds Consumer Products LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISABETH HANSCOM, on behalf of herself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REYNOLDS CONSUMER PRODUCTS INC. and REYNOLDS CONSUMER PRODUCTS LLC,<br><br>Defendants. | Case No. 4:21-cv-03434-JSW<br><br>The Honorable Jeffrey S. White<br><br>**AMENDED NOTICE OF MOTION TO DISMISS PORTIONS OF SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Hearing Date:   August 19, 2022<br>Hearing Time:   9:00 a.m.<br>Courtroom:      5 (Oakland) |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Reynolds Consumer Products Inc. and Reynolds Consumer Products LLC hereby re-notice their pending Motion to Dismiss (ECF No. 61), which was initially set for hearing on July 29, 2022, for hearing on August 19, 2022, at 9:00 a.m. before the Honorable Jeffrey S. White in Courtroom 5 of the federal courthouse located at 1301 Clay Street, Oakland, CA 94612. Pursuant to the Court's directive, "[t]he briefing schedule for the . . . Motion to Dismiss remains unchanged." ECF No. 63.

DATED: June 23, 2022

JENNER & BLOCK LLP

By:    /s/  Kate T. Spelman
           Kate T. Spelman

Attorneys for Defendants
Reynolds Consumer Products Inc. and
Reynolds Consumer Products LLC