1  **GUTRIDE SAFIER LLP**
   SETH A. SAFIER (State Bar No. 197427)
2  seth@gutridesafier.com
   MARIE MCCRARY (State Bar No. 262670)
3  marie@gutridesafier.com
   100 Pine Street, Suite 1250
4  San Francisco, CA 94111
   Telephone: (415) 639-9090
5  Facsimile: (415) 449-6469

6  *Attorneys for Lisabeth Hanscom*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LISABETH HANSCOM, on behalf of herself and those similarly situated, | Case No. 4:21-cv-03434-JSW |
|---|---|
| Plaintiff, | |
| v. | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| REYNOLDS CONSUMER PRODUCTS INC. AND REYNOLDS CONSUMER PRODUCTS LLC, | |
| Defendants. | |

Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that Plaintiff LISBETH HANSCOM voluntarily dismisses the above-captioned litigation with prejudice as to her individual claims and without prejudice as to all putative class member claims.

Dated: August 28, 2022

**GUTRIDE SAFIER LLP**

/s/Seth A. Safier/s/
Seth A. Safier, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiff LISABETH HANSCOM

-1-